**LORI HARPER SUEK**
**JOHN D. SULLIVAN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:    (406) 657-6101
FAX:      (406) 657-6989
E-mail:   Lori.Suek@usdoj.gov
          John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JUL 2 2 2016
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-82-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | FIRST DEGREE MURDER/AIDING AND ABETTING |
| DIMARZIO SWADE SANCHEZ, ANGELICA JO WHITEMAN, and FRANK JAMES SANCHEZ, | Title 18 U.S.C. §§ 1153(a), 1111, and 2 (Penalty: Mandatory life imprisonment, $250,000 fine, and five years supervised release) |
| Defendants. | |

THE GRAND JURY CHARGES:

On or about April 17, 2016, near Castle Rock Road, in the State and District of Montana, and within the boundaries of the Crow Indian Reservation, being Indian Country, the defendants, DIMARZIO SWADE SANCHEZ, ANGELICA JO

1

WHITEMAN, and FRANK JAMES SANCHEZ, Indian persons, unlawfully killed R.R., with malice aforethought and premeditation, and aided and abetted the same, in violation of 18 U.S.C. §§ 1153(a), 1111, and 2.

A TRUE BILL.

Foreperson signature redacted

FOREPERSON

MICHAEL W. COTTER
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: Frank James Sanchez
USMS Custody – Dimarzio Sanchez
~~Bail:~~ _____ – Angelica Whiteman

2