IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
SEP 19 2016
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 16-82-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ON MOTION TO SEVER |
| DIMARZIO SWADE SANCHEZ, ANGELICA JO WHITEMAN, and FRANK JAMES SANCHEZ, | |
| Defendant. | |

Before the Court is Defendant Dimarzio Swade Sanchez's motion to sever his trial from the trial of his Co-Defendants pursuant to *Bruton v. United States*, 391 U.S. 123, 126-128 (1968). The government agrees the motion is well taken. Accordingly, IT IS HEREBY ORDERED that Defendant Dimarzio Swade Sanchez's Motion to Sever (Doc. 52) is GRANTED. Dimarzio Swade Sanchez's trial will be held separately from the trial of Angelica Jo Whiteman and Frank James Sanchez.

DATED this 19th day of September 2016.

SUSAN P. WATTERS
United States District Judge

1