IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAR 27 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-82-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| DIMARZIO SWADE SANCHEZ, | |
| Defendant. | |

The Bureau of Prisons has designated Los Angeles, MDC as the facility where Defendant Dimarzio Swade Sanchez will undergo an evaluation to determine his competency to proceed in this matter.

Accordingly, IT IS ORDERED:

1.   Dimarzio Swade Sanchez is remanded to the custody of the United States Marshals Service for immediate transport to this facility.

2.   The United States Marshals Service shall take no more than ten (10) days each way to transport Dimarzio Swade Sanchez from the District of Montana to the designated federal facility and to return Dimarzio Swade Sanchez from the designated federal facility back to the District of Montana.  *See* 18 U.S.C. § 3161(h)(1)(F).

1

3. Dimarzio Swade Sanchez shall be committed to the facility and subjected to a psychiatric or psychological examination to be conducted in accordance with 18 U.S.C. §§ 4241(b) and 4247(b) and (c). The evaluation shall be completed within thirty (30) days of Dimarzio Swade Sanchez's arrival at the facility. 18 U.S.C. § 4247(b).

4. The report shall be filed with the Court, with copies to counsel for the Defendant and the Government.

5. All time from the date of this Order until the date of the Court's determination as to Dimarzio Swade Sanchez's competency is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (F).

6. The Clerk of Court is directed to immediately notify the parties and the United States Marshals Service of the entry of this order.

DATED this _27th_ day of March, 2017.

SUSAN P. WATTERS
United States District Judge