IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
APR 24 2017
Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 16-82-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DIMARZIO SWADE SANCHEZ, | |
| Defendant. | |

Pursuant to the request of the Federal Bureau of Prisons at the Metropolitan Detention Center, Los Angeles for an extension of up to fifteen (15) days to complete the testing and examination of Dimarzio Swade Sanchez, and for good cause being shown,

IT IS HEREBY ORDERED that,

1. The facility shall have until **May 15, 2017** in which to complete the testing and examination of Defendant Dimarzio Swade Sanchez in order to determine his competency to proceed in this matter.

2. The final report shall be filed with the Court by **June 5, 2017**, with copies to counsel for the Defendant and the Government.

1

3. All time from the date of this Order until the date of the Court's determination as to Dimarzio Swade Sanchez' competency is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (F).

4. The Clerk of Court is directed to immediately notify the parties and the United States Marshals Service of the entry of this order.

DATED this 24th day of April, 2017.

SUSAN P. WATTERS
United States District Judge