# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION



**FILED**

AUG - 8 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR 16-82-BLG-SPW-1** |
| **Plaintiff,** | |
| | **ORDER** |
| **vs.** | |
| **DIMARZIO SWADE SANCHEZ,** | |
| **Defendant.** | |

Upon the Court's own Motion,

**IT IS HEREBY ORDERED** that the Competency Hearing set for Tuesday,

August 8, 2017 at 1:30 p.m. is **VACATED** and **RESET** for **Tuesday, August 8,**

**2017** at **3:30 p.m.**, changing the time for the hearing only. 18 U.S.C. § 4247(d).

The clerk is directed to notify counsel and the United States Marshals

Service of the entry of this Order.

DATED this 8th day of August, 2017.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge

1