FILED
AUG 0 9 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIMARZIO SWADE SANCHEZ,<br><br>Defendant. | CR 16-82-BLG-SPW-1<br><br>ORDER |

On August 8, 2017, the Court held a hearing to address the question of whether Defendant Dimarzio Swade Sanchez is competent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon the record made in open court,

IT IS HEREBY ORDERED:

The Court has determined that Defendant Dimarzio Swade Sanchez is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Trial in this matter will be reset under separate Order.

DATED this 9th day of August, 2017.

SUSAN P. WATTERS
United States District Judge