FILED

NOV - 3 2017

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIMARZIO SWADE SANCHEZ,<br><br>Defendant. | Case No. CR-16-82-BLG-SPW-1<br><br>ORDER<br>FOR ISSUANCE OF<br>*SUBPOENA DUCES TECUM* |

Upon consideration of the Defendant's Motion for Issuance of *Subpoena Duces Tecum* (Doc. 197) pursuant to FED.R.CRIM.P. 17(c),

IT IS HEREBY ORDERED that Defendant's Motion for the Issuance of a *Subpoena Duces Tecum* directed to Officer Leo York, is hereby granted; further,

IT IS HEREBY ORDERED that the Clerk shall issue forthwith, pursuant to FED. R. CRIM. P. 17, a *Subpoena Duces Tecum* as follows:

1

Officer Leo York:

You are hereby commanded to produce full and complete recordings of any and all jail calls for Frank Sanchez; DOB: 10/25/1997, and Angelica Whiteman; DOB: 12/13/1992, from July 22, 2016, through November 2, 2017, no later than **November 15, 2017.**

DONE and DATED this 3rd day of November, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE