FILED

NOV - 3 2017

Clerk, US District Court
District of Montana - Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-16-82-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER FOR ISSUANCE OF *SUBPOENA DUCES TECUM* |
| DIMARZIO SWADE SANCHEZ, | |
| Defendant. | |

Upon consideration of the Defendant's Motion for Issuance of *Subpoena Duces Tecum* (Doc. 198) pursuant to FED.R.CRIM.P. 17(c),

IT IS HEREBY ORDERED that Defendant's Motion for the Issuance of a *Subpoena Duces Tecum* directed to Captain Sam Bofto, is hereby granted; further,

IT IS HEREBY ORDERED that the Clerk shall issue forthwith, pursuant to FED. R. CRIM. P. 17, a *Subpoena Duces Tecum* as follows:

1

Captain Sam Bofto:

You are hereby commanded to produce full and complete recordings of any and all jail calls for Frank Sanchez; DOB: 10/25/1997, and Angelica Whiteman; DOB: 12/13/1992, from July 22, 2016, through November 2, 2017, no later than **November 15, 2017.**

DONE and DATED this 3rd day of November, 2017.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE