IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIMARZIO SWADE SANCHEZ,<br><br>Defendant. | CR 16-82-BLG-SPW-1<br><br>ORDER |

Upon the Defendant's Motion to Seal Motion to Exclude Evidence and Brief in Support (Doc. 201), and for good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Motion to Seal (Doc. 201) is **GRANTED**. The Defendant's Motion to Exclude Evidence and Brief in Support are filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 14th day of November, 2017.

SUSAN P. WATTERS
United States District Judge