IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

NOV 29 2017

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-82-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| DIMARZIO SWADE SANCHEZ, | |
| Defendant. | |

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until January 31, 2018.

IT IS SO ORDERED.

DATED this 28th day of November, 2017.

SUSAN P. WATTERS
United States District Judge

1