

FILED

DEC 0 4 2017

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-16-82-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DIMARZIO SWADE SANCHEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 4th day of December, 2017.

_Susan P. Watters_
Honorable Susan P. Watters
United States District Judge