Case 1:16-cr-00082-SPW   Document 275-1   Filed 12/20/17   Page 1 of 5

| | | |
|---|---|---|
| STATE OF SOUTH DAKOTA | ) | IN CIRCUIT COURT |
| | )SS. | |
| COUNTY OF PENNINGTON | ) | SEVENTH JUDICIAL CIRCUIT |

STATE OF SOUTH DAKOTA,    )    CRI 17-5691

    Plaintiff,

v.

**TERESA L. HASTINGS,**
**DOB: 09/20/1956**

    Defendant.

**INDICTMENT**

**Count 1:**
OBTAINING POSSESSION
OF A CONTROLLED SUBSTANCE
BY THEFT, MISREPRESENTATION,
FORGERY OR FRAUD
(SDCL 22-42-8)
(Class 4 Felony)

**Count 2:**
OBTAINING POSSESSION
OF A CONTROLLED SUBSTANCE
BY THEFT, MISREPRESENTATION,
FORGERY OR FRAUD
(SDCL 22-42-8)
(Class 4 Felony)

**Count 3:**
OBTAINING POSSESSION
OF A CONTROLLED SUBSTANCE
BY THEFT, MISREPRESENTATION,
FORGERY OR FRAUD
(SDCL 22-42-8)
(Class 4 Felony)

**Count 4:** CAP 11/29/17
OBTAINING POSSESSION
OF A CONTROLLED SUBSTANCE
BY THEFT, MISREPRESENTATION,
FORGERY OR FRAUD
(SDCL 22-42-8)
(Class 4 Felony)

**THE PENNINGTON COUNTY GRAND JURY CHARGES:**

**COUNT 1:** That between the dates of **February 1, 2017 and March 31, 2017**, in the County of Pennington, State of South Dakota, **TERESA L. HASTINGS** did commit the public offense of



**OBTAINING POSSESSION OF A CONTROLLED SUBSTANCE BY THEFT, MISREPRESENTATION, FORGERY OR FRAUD**, in that (s)he did then and there knowingly obtain possession of controlled substance by theft, misrepresentation, forgery, or fraud, to wit: "zolpidem" **(a Schedule IV Drug)**, in violation of **SDCL 22-42-8**; and

**COUNT 2**: That between the dates of **November 29, 2016 and January 31, 2017**, in the County of Pennington, State of South Dakota, **TERESA L. HASTINGS** did commit the public offense of **OBTAINING POSSESSION OF A CONTROLLED SUBSTANCE BY THEFT, MISREPRESENTATION, FORGERY OR FRAUD**, in that (s)he did then and there knowingly obtain possession of controlled substance by theft, misrepresentation, forgery, or fraud, to wit: "zolpidem" **(a Schedule IV Drug)**, in violation of **SDCL 22-42-8**; and

**COUNT 3**: That between the dates of **October 12, 2016 and November 23, 2016**, in the County of Pennington, State of South Dakota, **TERESA L. HASTINGS** did commit the public offense of **OBTAINING POSSESSION OF A CONTROLLED SUBSTANCE BY THEFT, MISREPRESENTATION, FORGERY OR FRAUD**, in that (s)he did then and there knowingly obtain possession of controlled substance by theft, misrepresentation, forgery, or fraud, to wit: "zolpidem" **(a Schedule IV Drug)**, in violation of **SDCL 22-42-8**; and

**COUNT 4**: That between the dates of **June 23, 2016 and September 27, 2016**, in the County of Pennington, State of South Dakota, **TERESA L. HASTINGS** did commit the public offense of

**OBTAINING POSSESSION OF A CONTROLLED SUBSTANCE BY THEFT, MISREPRESENTATION, FORGERY OR FRAUD,** in that (s)he did then and there knowingly obtain possession of controlled substance by theft, misrepresentation, forgery, or fraud, to wit: "zolpidem" **(a Schedule IV Drug)**, in violation of **SDCL 22-42-8**; and

contrary to the statute in such case made and provided against the peace and dignity of the State of South Dakota.

Dated this _29th_ day of _November_ 2017, at Rapid City, South Dakota.

_[signature]_
"A TRUE BILL"

**THIS INDICTMENT IS MADE WITH THE CONCURRENCE OF AT LEAST SIX GRAND JURORS.**

_[signature]_
Grand Jury Foreperson

**WITNESSES WHO TESTIFIED BEFORE THE GRAND JURY IN REGARD TO THIS INDICTMENT:**

Special Agent Lyle Tolsma

Pennington County, SD
FILED
IN CIRCUIT COURT
NOV 29 2017
Renae Truman, Clerk of Courts
By_____ Deputy

| | | |
|---|---|---|
| STATE OF SOUTH DAKOTA | ) | **NOTICE OF DEMAND** |
| | )SS. | **FOR ALIBI DEFENSE** |
| COUNTY OF PENNINGTON | ) | |

    I, Gina S. Nelson, prosecuting attorney in the above matter, hereby state that the alleged offense(s) were committed on or about between the dates of February 1, 2017 and March 31, 2017; November 29, 2016 and January 31, 2017; October 12, 2016 and November 23, 2016 and June 23, 2016 and September 27, 2016, within PENNINGTON County, South Dakota. I hereby request that the Defendant or her attorney serve upon me a written notice of her intention to offer a defense of alibi within ten (10) days as provided by SDCL 23A-9-1. This request for notice of alibi contemplates the knowing obtaining possession of a controlled substance by theft, misrepresentation, forgery or fraud, and forgery within the aforementioned jurisdiction. Failure to provide such notice of an alibi defense may result in exclusion of any testimony pertaining to an alibi defense.

    Dated this **29** day of **November**, 2017.

*[signature]*

Gina S. Nelson
Assistant Attorney General

Pennington County, SD
FILED
IN CIRCUIT COURT
NOV 29 2017
Ranae Truman, Clerk of Courts
By_____ Deputy

STATE OF SOUTH DAKOTA  )
                       )SS.           REQUEST FOR
COUNTY OF PENNINGTON   )              ARREST WARRANT

I, Gina S. Nelson, Assistant Attorney General and prosecuting attorney in the above matter, do hereby request an arrest warrant to be issued against the above Defendant.

Dated this **29** day of **November**, 2017.

_____
Gina S. Nelson
Assistant Attorney General

Pennington County, SD
FILED
IN CIRCUIT COURT

NOV 29 2017

Ranae Truman, Clerk of Courts
By_____ Deputy