# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, -vs- **DIMARZIO SWADE SANCHEZ,** Defendant. | Cause No. CR 16-82-BLG-SPW-1 **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR A NEW TRIAL** |

Upon the Defendant's unopposed Motion for Extension of Time to File a Motion for a New Trial (Doc. 272), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant shall have up to and including **Friday, January 5, 2018** in which to file a Motion for a new trial.

DATED this 20th day of December, 2017.

SUSAN P. WATTERS
United States District Judge