

**FILED**

JAN 0 4 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, -vs- **DIMARZIO SWADE SANCHEZ,** Defendant. | Cause No. CR 16-82-BLG-SPW-1 **ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR A NEW TRIAL** |

Upon the Defendant's unopposed Second Motion for Extension of Time to File a Motion for a New Trial (Doc. 291), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant shall have up to and including **Friday, February 23, 2018** in which to file a Motion for a new trial.

DATED this 3rd day of January 2018.

SUSAN P. WATTERS
United States District Judge