# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIMARZIO SWADE SANCHEZ,<br><br>Defendant. | CR 16-82-BLG-SPW<br><br>**ORDER** | **FILED**<br>FEB 1 3 2018<br>Clerk, U S District Court<br>District Of Montana<br>Billings |

Upon the Defendant's Unopposed Motion to Extend Objections to PSR Deadline (Doc. 295), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant shall have up to and including **Friday, February 23, 2018** in which to file any objections to the Presentence Report.

**IT IS FURTHER ORDERED** that,

1. The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **March 9, 2018.**

2. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **March 15, 2018.** Absent good cause shown, sentencing memoranda and supporting documents filed after **March 15, 2018** will not be considered in addressing sentencing issues. Failure to

timely file sentencing memoranda may result in imposition of sanctions against counsel.

3. Responses to sentencing memoranda shall be filed on or before **March 22, 2018**.

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 6th day of February, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

2