**FILED**

FEB 27 2018

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIMARZIO SWADE SANCHEZ,<br><br>Defendant. | CR 16-82-BLG-SPW<br><br>ORDER |

Upon the Plaintiff's Unopposed Motion to Continue Sentencing Hearing (Doc. 304), and good cause being shown,

IT IS HEREBY ORDERED that sentencing currently scheduled for March 29, 2018 at 1:30 p.m., is **VACATED** and reset to commence on **Thursday, April 26, 2018 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that,

1. The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **April 5, 2018.**

1

2.   Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **April 12, 2018.**   Absent good cause shown, sentencing memoranda and supporting documents filed after April 12, 2018 will not be considered in addressing sentencing issues.   Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

3.   Responses to sentencing memoranda shall be filed on or before **April 19, 2018.**

4.   Reply briefs will not be accepted for filing in sentencing matters.

5.   The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

6.   All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 27th day of February, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

2