**LORI HARPER SUEK**
**JOHN D. SULLIVAN**
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:   (406) 657-6101
FAX:      (406) 657-6989
Email:   Lori.Suek@usdoj.gov
             John.Sullivan2@usdoj.gov

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DIMARZIO SWADE SANCHEZ,**<br><br>Defendant. | **CR 16-82-BLG-SPW**<br><br>**NOTICE OF CORRECTION** |

The United States, represented by Assistant U.S. Attorneys Lori Harper Suek and John D. Sullivan, files the following notice of correction related to the United States' response to the motion for a new trial filed in this case on March 9, 2018 (Doc. 307).

1

On page 6 of its response, the government asserted that the only written request for discovery related to the iPhone at issue in Sanchez's motion for a new trial had been made by counsel for co-defendant, Angelica Whiteman. That is inaccurate. Counsel for Sanchez alerted the government following the filing of its response to two emails from January 2018, in which Sanchez made informal requests for discovery related to the iPhone. The United States therefore withdraws its assertion that Sanchez has not requested discovery related to the investigation of the iPhone from its response to his motion for a new trial.

DATED this 12th day of March, 2018.

                KURT G. ALME
                United States Attorney

                */s/ Lori Harper Suek*
                LORI HARPER SUEK
                Assistant U.S. Attorney

                */s/ John D. Sullivan*
                JOHN D. SULLIVAN
                Assistant U.S. Attorney