**FILED**

MAR 29 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIMARZIO SWADE SANCHEZ,<br><br>Defendant. | CR 16-82-BLG-SPW-1<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. 319), and good cause being shown,

IT IS HEREBY ORDERED that sentencing currently scheduled for April 26, 2018 at 9:30 a.m., is **VACATED** and reset to commence on **Wednesday, June 20, 2018 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that,

1. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **June 6, 2018.** Absent good cause shown, sentencing memoranda and supporting documents filed after June 6, 2018 will not be considered in addressing sentencing issues. Failure to timely file

sentencing memoranda may result in imposition of sanctions against counsel.

2.	Responses to sentencing memoranda shall be filed on or before **June 13, 2018**.

3.	Reply briefs will not be accepted for filing in sentencing matters.

4.	The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

5.	All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 29th day of March, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE