IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAY 1 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIMARZIO SWADE SANCHEZ,<br><br>Defendant. | CR 16-82-BLG-SPW-1<br><br>ORDER |

A copy of the trial transcript in this case has been requested by defense counsel. In the interest of protecting a juror's personal privacy,

IT IS HEREBY ORDERED that the name of the juror in the Volume V transcript at page 711, line 8, page 763, line 21 and page 764, line 3 shall be redacted from the trial transcript in this matter.

DATED this 1st day of May, 2018.

SUSAN P. WATTERS
United States District Judge

1