GILLIAN GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, MT 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
      Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIMARZIO SWADE SANCHEZ,<br><br>Defendant. | Case No. CR-16-82-BLG-SPW<br><br><br>**MOTION TO CONTINUE SENTENCING HEARING** |

      COMES NOW Defendant DIMARZIO SWADE SANCHEZ, by and through his counsel of record, the GILLIAN GOSCH, Assistant Federal Defender and the FEDERAL DEFENDERS OF MONTANA and moves the Court for an order continuing the sentencing hearing which is set for June 20, 2018, at 1:30 p.m.

1

The grounds for this motion are as follows:

1.   Counsel needs more time to meet with her client and prepare for sentencing, depending on the outcome of the hearing on Defendant's Motion for New Trial. Counsel respectfully requests the sentencing not be rescheduled to July 19th through July 27th, 2018, as she is scheduled to be out of town during that time.

2.   Counsel has contacted Lori Harper Suek of the United States Attorney's Office regarding this continuance, and she indicated she has no objection to this Motion.

RESPECTFULLY SUBMITTED this 9th day of May, 2018.

/s/ Gillian Gosch
GILLIAN GOSCH
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on May 9, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. LORI HARPER SUEK
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
   Counsel for the United States

3. DIMARZIO SWADE SANCHEZ
   Defendant

/s/ Gillian Gosch
GILLIAN GOSCH
Federal Defenders of Montana
Counsel for Defendant

3