IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
MAY 10 2018
Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIMARZIO SWADE SANCHEZ,<br><br>Defendant. | CR 16-82-BLG-SPW-1<br><br>ORDER |

Upon the Defendant's Motion to Continue Hearing on Defendant's Motion for New Trial (Doc. 334), and for good cause being shown,

IT IS HEREBY ORDERED that the hearing on Defendant's Motion for New Trial set for **Thursday, June 14, 2018** at **9:30 a.m.** is **VACATED** and **RESET** for **Wednesday, June 20, 2018 at 1:30 p.m.** in the Snowy Mountains Courtroom at the James F. Battin Courthouse, Billings, Montana.

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 9th day of May, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge