| | |
|---|---|
| **From:** | Vern Woodward |
| **To:** | Christensen, Aaron D. (SU) (FBI); Suek, Lori (USAMT) |
| **Cc:** | Cammi Woodward; Gillian Gosch; Sullivan, John (USAMT) 1 |
| **Subject:** | Re: Angelica Whiteman |
| **Date:** | Thursday, February 01, 2018 3:16:40 PM |

Thank you.

Vern Woodward


On Thu, Feb 1, 2018 at 3:14 PM -0700, "Christensen, Aaron D. (SU) (FBI)" <adchristensen@fbi.gov> wrote:

> I got the phone from a girl in Busby who found the calendar item and contacted law enforcement. I've tried to backtrack on the chain of ownership to figure out who had it when the calendar item was created, but have not been successful. I also tried to identify the owner via forensic review, but was again unsuccessful.
>
> All of my documentation on this has been turned over to the USAO.
>
>
>
> -------- Original message --------
> From: Vern Woodward <Vern@woodwardlaw-mt.com>
> Date: 2/1/18 3:04 PM (GMT-07:00)
> To: "Suek, Lori (USAMT)" <Lori.Suek@usdoj.gov>
> Cc: Cammi Woodward <Cammi@woodwardlaw-mt.com>, Gillian Gosch <gillian_gosch@fd.org>, "Sullivan, John (USAMT) 1" <John.Sullivan2@usdoj.gov>, "Christensen, Aaron D. (SU) (FBI)" <adchristensen@fbi.gov>
> Subject: Re: Angelica Whiteman
>
> Sorry to bother you on vacation. Try to enjoy without us bugging you
>
> Vern Woodward
>
>
>
> On Thu, Feb 1, 2018 at 2:59 PM -0700, "Suek, Lori (USAMT)" <Lori.Suek@usdoj.gov> wrote:
>
>> I am on vacation in California on vacation until next Wednesday but Aaron can explain better than me anyway
>>
>> Sent from my
>>
>> On Feb 1, 2018, at 1:53 PM, Vern Woodward > wrote:
>>
>> Well, my friend? How did Aaron obtain the phone?



GOVERNMENT EXHIBIT

1

CR 16-82-BLG-SPW

Vern Woodward

On Thu, Feb 1, 2018 at 2:36 PM -0700, "Cammi Woodward" > wrote:

Lori,
Thank you for the response. Can you tell us how the phone came into the possession of the government?

Cammi Woodward

On Thu, Feb 1, 2018 at 2:28 PM -0700, "Suek, Lori (USAMT)" > wrote:

Vern

The FBI does have a cell phone and has been investigating ownership of the phone. Unless I am unaware of recent developments, we have not linked the phone to Judaya Threefingers. Aaron will obviously correct me if I'm wrong.

Sent from my iPhone

On Feb 1, 2018, at 12:39 PM, Vern Woodward > wrote:

Lori,

We just learned that the government has a cell phone belonging to Ms. Three Fingers which purportedly contains messages concerning this case. We respectfully request that we be given discovery concerning that, particularly the content of the messages.

Thank you.

Vern Woodward
Woodward Law Firm, PLLC
49 North 15th, Suite 1
P. O. Box 1657
Billings, MT 59103-1657
Phone: (406) 294-5585
Fax:   (406) 294-5586