

**FILED**

OCT – 3 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DIMARZIO SWADE SANCHEZ,

Defendant.

CR 16-82-BLG-SPW-1

ORDER

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for

Thursday, November 1, 2018, at 1:30 p.m., is **VACATED.**

**IT IS FURTHER ORDERED** that the sentencing hearing and the

sentencing memorandum deadlines for Dimarzio Swade Sanchez will not be reset

until after the decision is made whether or not Dimarzio Swade Sanchez will be

granted a new trial.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this _3rd_ day of October, 2018.

SUSAN P. WATTERS
United States District Judge

1