GILLIAN GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
    Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIMARZIO SWADE SANCHEZ,<br><br>Defendant | Case No. CR-16-82-BLG-SPW<br><br><br><br>**NOTICE OF APPEAL** |

    NOTICE IS HEREBY GIVEN that Defendant DIMARZIO SWADE SANCHEZ hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment filed and entered on December 21, 2018. This Appeal is from the conviction and sentence only.

    RESPECTFULLY SUBMITTED 28th day of December, 2018.

                         /s/ Gillian Gosch
                         GILLIAN GOSCH
                         Federal Defenders of Montana
                         Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on December 28, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| __3__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. LORI HARPER SUEK
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
       Counsel for the United States of America

3. DIMARZIO SWADE SANCHEZ
       Defendant

                           /s/ Gillian Gosch
                           GILLIAN GOSCH
                           Federal Defenders of Montana
                               Counsel for Defendant